FILED

**MAR 13 2008**

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

RANDELL CEDRIC NELSON                )   Case No. CV 07-3675-DOC (MLG)
      Petitioner,                )
                     )   JUDGMENT
        v.                     )
                     )
A. HEDGPETH, Warden,                 )
      Respondent.                )
_____)

    IT IS ADJUDGED that the petition is denied with prejudice.

Dated: _____March 13, 2008_____

_____
David O. Carter
United States District Judge